No. 01–6069. ROJAS-ROJAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–6071. HE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–6072. CONTRERAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–6074. TAYLOR *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–6075. ALMANZA DE HOYOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–6079. HOPE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–6081. BOGGAN *v.* MATRICIANO. C. A. 7th Cir. Certiorari denied.

No. 01–6086. HILL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–6087. HOLUB *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–6090. MONATH *v.* MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 01–6091. PALOMARES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.